## MICHAEL SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Smith's petition for certification for appeal from the Appellate Court, 88 Conn. App. 698 (AC 25040), is denied.

*Richard C. Marquette*, special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 12, 2005